IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM J. QUINN,

Petitioner,

vs.

CRAIG GABLE, Warden RTC;

Respondent.

**8:26CV215**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion for status filed by Petitioner William J. Quinn ("Petitioner"), seeking information regarding the status of his case, informing the Court his filing fee has been paid, and providing an updated address and correcting the spelling of his middle name. Filing No. 4. The motion is granted. The Court notes Petitioner's new address, his name spelling correction, confirms receipt of the filing fee, and provides the following information regarding his case.

As Petitioner has paid the filing fee, *see* Text Entry dated May 14, 2026, the next step in his case will be for the Court to perform a preliminary review of Petitioner's claims to determine whether they, when liberally construed, are potentially cognizable in federal court. The Court will conduct this preliminary review in its ordinary course of business.

Accordingly, IT IS THEREFORE ORDERED that Petitioner's Motion for Status, Filing No. 4, is granted, and the case shall progress consistent with this Memorandum and Order.

Dated this 8th day of July, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2