IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM J. QUINN,<br><br>Petitioner,<br><br>vs.<br><br>CRAIG GABLE, Warden RTC;<br><br>Respondent. | **8:26CV215**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Respondent's Motion to Substitute Respondent Craig Gable to Rob Jeffreys as the Director of the Nebraska Department of Correctional Services. Filing No. 8. The matter is also before the Court on Respondent's motion seeking to extend his deadline to file a motion for summary judgment or the state court records in support of his answer from September 28, 2026, as set forth in this Court's August 13, 2026, Progression Order, Filing No. 6, to October 28, 2026, Filing No. 9. As cause, counsel for Respondent submits that additional time is needed to review the record and prepare an answer due to his recent workload in other matters and his lack of familiarity with this matter due to his recent assignment to this case. *Id.*

Upon consideration,

IT IS ORDERED that:

1. Respondent's Motion to Substitute Respondent, Filing No. 8, is granted. The Clerk's Office is directed to update the Court's records to reflect that Rob Jeffreys is the sole proper respondent in this action.

2. Respondent's Motion to extend the deadline to file his motion for summary judgment or state court records in support of his answer, Filing No.

9, is granted. Respondent shall have until **October 28, 2026**, to file a motion for summary judgment or the state court record in support of his answer.

3. The Clerk's Office is directed to terminate the previous pro se case management deadlines of the September 28, 2026 "deadline for Respondent to file state court records in support of answer or motion for summary judgment," and the deadline of October 27, 2026 to "check for Respondent's answer and separate brief," and to set the following pro se case management deadlines of "**October 28, 2026**: deadline for Respondent to file state court records in support of answer or motion for summary judgment," and "**November 30, 2026**: check for Respondent's answer and supporting brief."

Dated this 1st day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge